| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | KEVIN J. BARRY (CABN 229748)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
Facsimile: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0668 RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |
| RANDALL WILLIAM CLARY, | ) | |
| Defendant. | ) | |

During the parties' appearance on March 15, 2011, the Court set April 12, 2011 as the next date for a further status conference. During that appearance, counsel requested that time between March 15th and April 12th be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel, specifically, to review records that had only recently been received. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the March 15th, hearing, the Court made findings consistent with that agreement.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0668 RS

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: March 29, 2011              /s/
KEVIN J. BARRY
Assistant United States Attorney


DATED: March 29, 2011              /s/
STEVEN G. KALAR
Attorney for RANDALL WILLIAM CLARY


[~~PROPOSED~~] ORDER

For the reasons stated above and at the March 15, 2011 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from March 15, 2011 through April 12, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, resulting in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/29/11                     _____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0668 RS