ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorneys for the Defendant
RANDALL CLARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-668 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| v. | |
| RANDALL CLARY, | |
| Defendant. | |

    This matter is set for sentencing on July 19, 2011. However, defendant's former counsel was recently relieved and the undersigned was just appointed as replacement counsel on July 7, 2011. New defense counsel needs additional time in which to meet with Mr. Clary in order to effectively prepare and represent him in this matter. The parties therefore stipulate, with the concurrence of U.S. Probation, that the sentencing hearing scheduled for July 19, 2011 may be vacated and reset for August 23, 2011.

    **SO STIPULATED**.

Dated: July 15, 2011                  /S/Kevin Barry
                                             Assistant United States Attorney

///
///
///

STIPULATION AND ORDER CONTINUING HEARING

Dated: July 15, 2011         /S/Erik Babcock
                             Attorney for Defendant

**SO ORDERED**.

DATED:   7/15/11

_____
HONORABLE RICHARD SEEBORG
United States District Judge