*E-Filed 8/12/11*

1 | ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
2 | 1212 Broadway, Suite 726
Oakland, CA 94612-3423
3 | (510) 452-8400 Tel
(510) 452-8405 Fax
4
Attorneys for the Defendant
5 | RANDALL CLARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              No. CR 10-668 RS

    Plaintiff,                      **STIPULATION AND [PROPOSED]**
                                       **ORDER CONTINUING SENTENCING**
v.

RANDALL CLARY,

    Defendant.                       /

       This matter is set for sentencing on August 23, 2011. However, defendant's counsel was only recently appointed and needs additional time in which to effectively prepare and represent Mr. Clary at sentencing. The parties therefore stipulate, with the concurrence of U.S. Probation, that the sentencing hearing scheduled for August 23, 2011 may be vacated and reset for September 20, 2011.

       **SO STIPULATED**.

Dated: August 12, 2011              /S/Kevin Barry
                                    Assistant United States Attorney

///
///
///

STIPULATION AND ORDER CONTINUING HEARING

Dated: August 12, 2011                    /S/Erik Babcock
                                          Attorney for Defendant

**SO ORDERED**.

DATED:   8/12/11

                                          _____
                                          HONORABLE RICHARD SEEBORG
                                          United States District Judge