*E-Filed 9/9/11*

ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorneys for the Defendant
RANDALL CLARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-668 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER CONTINUING SENTENCING** |
| RANDALL CLARY, | |
| Defendant. | |

This matter is set for sentencing on September 20, 2011.  Defense counsel needs additional time in which to prepare for sentencing because he has had some difficulty visiting defendant at the Glen Dyer Jail and due to other commitments.  The parties therefore stipulate, with the concurrence of U.S. Probation, that the sentencing hearing scheduled for September 20, 2011 may be vacated and reset for October 18, 2011.

**SO STIPULATED**.


Dated: September 8, 2011                /S/Kevin Barry
                                        Assistant United States Attorney

///
///
///

STIPULATION AND ORDER CONTINUING HEARING

1
2
3
4  Dated: September 8, 2011            /S/Erik Babcock
                                      Attorney for Defendant
5
6
7        **SO ORDERED**.
8
9  DATED:  9/9/11
                                      _____
10                                     HONORABLE RICHARD SEEBORG
                                      United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER CONTINUING HEARING                    Page 2 of 2