1  DIANA L. WEISS (SBN 121150)
   Attorney At Law
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   Telephone: (510) 847-1012
4  Facsimile: (510) 525-1321

5  Attorney for Defendant
   RANDALL CLARY
6

7
                   UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA      )  Case No: CR10-0668RS
10                                )
                   Plaintiff,     )  STIPULATION AND [PROPOSED]
11                                )  ORDER TO CONTINUE SENTENCING
   Vs.                            )  HEARING TO
12                                )  DECEMBER 13, 2011
   RANDALL CLARY                  )
13                 Defendant      )
                                  )
14 _____  )

          On September 30, 2011, defendant Clary's Motion to Relieve Defense Counsel was
15
   heard before the Hon. Magistrate Corley. The Court granted defendant's Motion to Relieve
16
   Mr. Babcock as his attorney and appointed Diana L. Weiss, to represent him. The court
17
   then denied Mr. Clary's motion to represent himself.
18
          Defense counsel requires additional time to prepare the case including time to
19
   review the file and Mr. Clary's voluminous mental health records, and to determine if there
20
   are objections to the Presentence Report that has been prepared.
21
          The parties therefore stipulate that the sentencing hearing set for October 18, 2011
22 be vacated and that the matter be reset for December 13, 2011 at 2:30 pm. [~~1:30 p.m.~~]

23 ////////////////////////

24

25

26

USA v Randall Clary CR10-0668RS
Stipulation & [Proposed] Order to Continue Sentencing

SO STIPULATED.

Dated: October 6, 2011

| /S/ | /S/ |
|---|---|
| KEVIN BARRY | DIANA L. WEISS |
| Assistant United States Attorney | Attorney for Defendant |
| Counsel for United States | RANDALL CLARY |

**SO ORDERED.**

DATED: 10-11-11

_____
HONORABLE RICHARD SEEBORG
United States District Judge

*USA v Randall Clary* CR10-0668RS
Stipulation & [Proposed] Order to Continue Sentencing - 2 -