IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 10-00668 RS |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER MODIFYING BRIEFING SCHEDULE** |
| RANDALL WILLIAM CLARY, | |
| Defendant. | |

Based on the stipulation of the parties above, the Court hereby adopts the following briefing schedule agreed to by the parties regarding the Motion to Vacate (Dkt. 51):

**September 9, 2016**: Respondent's deadline to file an answer to the Motion to Vacate

**September 24, 2016**: Mr. Clary's deadline to file a reply

IT IS SO ORDERED.

_8/11/16_  
DATED

Richard Seeborg  
United States District Judge