UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>RANDALL WILLIAM CLARY,<br>    Defendant. | Case No. 10-cr-00668-RS-1<br><br>**ORDER GRANTING RANDALL WILLIAM CLARY'S MOTION FOR A CERTIFICATE OF APPEALABILITY** |

On November 9, 2016, Randall William Clary's motion to have his sentence vacated pursuant to 28 U.S.C. § 2255 was denied.  Clary now seeks a certificate of appealability to challenge the determination that unarmed bank robbery remains a crime of violence notwithstanding the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015).  One day after the order denying Clary's § 2255 motion issued, another district court in the Ninth Circuit concluded unarmed bank robbery is not a crime of violence after *Johnson*.  *See Doriety v. United States*, No. CV 16-924-JCC (W.D. Wash. Nov. 10, 2016).  Thus, Clary has shown the issue is not frivolous, *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000), and that reasonable jurists would "find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  His motion for a certificate of appealability is therefore granted.

**IT IS SO ORDERED**.

Dated: November 18, 2016

_____
RICHARD SEEBORG
United States District Judge